JACOB MANOWITZ, Trading under the Firm Name and Style of J. MANOWITZ & SONS, Respondent, v. JOSEPH RUBIN, Trading under the Firm Name and Style of JOSEPH RUBIN Co., and Another, Appellants.— Judgment affirmed, with

costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.